| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>McCormick, Douglas F. | 2. Court or Organization<br><br>U.S. District Court - Central District of California | 3. Date of Report<br><br>05/08/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 |
| 2. | Director | Constitutional Rights Foundation - Orange County |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Attorney - Partnership |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Chase account | | None | K | T | | | | | |
| 2. Minnesota Life - Universal Life | | None | N | T | | | | | |
| 3. Family Trust #1 (H) | | | | | | | | | |
| 4. Northern Trust account | A | Interest | P1 | T | | | | | |
| 5. American Funds 529 account #1 (H) | | | | | | | | | |
| 6. -Capital World Growth and Income | B | Dividend | M | T | | | | | |
| 7. -The Growth Fund of America | A | Dividend | M | T | | | | | |
| 8. -The Investment Company of America | B | Dividend | M | T | | | | | |
| 9. -SMALLCAP World Fund | | None | K | T | | | | | |
| 10. American Funds 529 Account #2 (H) | | | | | | | | | |
| 11. -Capital World Growth and Income | B | Dividend | M | T | | | | | |
| 12. -The Growth Fund of America | A | Dividend | M | T | | | | | |
| 13. -The Investment Company of America | B | Dividend | M | T | | | | | |
| 14. -SMALLCAP World Fund | | None | K | T | | | | | |
| 15. American Funds 529 Account #3 (H) | | | | | | | | | |
| 16. -Capital World Growth and Income | B | Dividend | L | T | | | | | |
| 17. -The Growth Fund of America | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -The Investment Company of America | B | Dividend | M | T | | | | | |
| 19. -SMALLCAP World Fund | | None | K | T | | | | | |
| 20. Citibank, N.A. Money Market Account | A | Interest | O | T | | | | | |
| 21. Facebook Common Stock | | None | M | T | | | | | |
| 22. Blackrock Muniyld Cali Qual Fd Mutual Fund | C | Dividend | L | T | | | | | |
| 23. Nuveen Cal Div Adv Muni Fd Mutual Fund | C | Dividend | L | T | | | | | |
| 24. North Orange Cnty Calif Cmnty College Muni Bond | B | Interest | | | Redeemed | 08/01/14 | K | | |
| 25. San Francisco Calif City & Cnty Pub Util Commn Wtr Rev-A Muni Bond | B | Interest | L | T | | | | | |
| 26. Los Angeles Calif Wastewater Sys Rev Muni Bond | B | Interest | K | T | | | | | |
| 27. Glendale Calif Uni Sch Dist Muni Bond | B | Interest | K | T | | | | | |
| 28. Anaheim Calif Un High Sch Dist Ref Muni Bond | B | Interest | K | T | | | | | |
| 29. Palo Alto Calif Util Rev Ref-A Muni Bond | B | Interest | L | T | | | | | |
| 30. Los Angeles CA Dept Wtr & Pwr Sys Rev Ser-B Muni Bond | B | Interest | L | T | | | | | |
| 31. California St Genl Oblig Muni Bond | B | Interest | L | T | | | | | |
| 32. Los Angeles Cnty Calif Met Transn Auth Sales Tax Rev-E Muni Bond | B | Interest | K | T | | | | | |
| 33. Carlsbad Calif Uni Sch Dist-C Muni Bond | A | Interest | K | T | | | | | |
| 34. Tustin Calif Pub Fing Auth Wtr Rev-A Muni Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Santa Rosa Calif Wtr Rev Muni Bond | B | Interest | L | T | | | | | |
| 36. Palo Alto Calif Genl Oblig-A Muni Bond | A | Interest | K | T | | | | | |
| 37. Metropolitan Wtr Dist of Souther Calif Wtr Rev Ref Ser-C Muni Bond | B | Interest | K | T | | | | | |
| 38. Western Mun Wtr Dist Facs Auth Calif Wtr Rev Ser-B Muni Bond | B | Interest | K | T | | | | | |
| 39. Metropolitan Wtr Dist Southn Calif Wtrwks Ser-C Muni Bond | B | Interest | L | T | | | | | |
| 40. Univeristy Calif Revs-L Muni Bond | B | Interest | L | T | | | | | |
| 41. Santa Margarita/Dana Point Auth Calif R OID Muni Bond | C | Interest | L | T | | | | | |
| 42. Fifththird Bank CD | A | Interest | | | Matured | 05/08/14 | K | | |
| 43. BK China NY CD | A | Interest | | | Matured | 05/21/14 | L | | |
| 44. Goldman Sachs CD | A | Interest | | | Matured | 11/21/14 | K | | |
| 45. Beal Bank CD | A | Interest | M | T | Buy | 10/23/14 | M | | |
| 46. Morgan Stanley Bank N.A. | A | Interest | L | T | | | | | |
| 47. Sonoma Cnty Calif Jr College Dist Muni Bond | B | Interest | L | T | Buy | 01/24/14 | L | | |
| 48. San Diego Calif Cmnty College Dist | B | Interest | L | T | Buy | 02/11/14 | L | | |
| 49. California Infrastructure & Economic Dev Muni Bond | B | Interest | L | T | Buy | 02/04/14 | L | | |
| 50. Los Angeles Calif Unified School Dist Muni Bond | B | Interest | L | T | Buy | 01/24/14 | L | | |
| 51. Bank of India CD | A | Interest | M | T | Buy | 10/23/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Santander CD | A | Interest | M | T | Buy | 10/23/14 | M | | |
| 53. Synovus Bank CD | A | Interest | M | T | Buy | 10/23/14 | M | | |
| 54. Discover CD | A | Interest | M | T | Buy | 10/23/14 | M | | |
| 55. Comenity Bank CD | A | Interest | M | T | Buy | 10/23/14 | M | | |
| 56. Morgan Stanley U.S. Gov't Money Market | A | Int./Div. | K | T | | | | | |
| 57. Pioneer Mlti Asset Ult Sht Inc A (MAFRX) | D | Dividend | N | T | Buy | 07/15/14 | N | | |
| 58. iShares Russell 1000 Growth ETF | D | Dividend | O | T | Buy | 01/08/14 | O | | |
| 59. | | | | | Sold (part) | 04/11/14 | K | | |
| 60. | | | | | Buy (add'l) | 07/17/14 | L | | |
| 61. | | | | | Buy (add'l) | 08/15/14 | L | | |
| 62. iShares Russell 1000 Value ETF | D | Dividend | O | T | Buy | 01/08/14 | N | | |
| 63. | | | | | Buy (add'l) | 04/11/14 | K | | |
| 64. | | | | | Buy (add'l) | 07/17/14 | L | | |
| 65. | | | | | Sold (part) | 08/15/14 | K | C | |
| 66. iShares Russell 2000 Growth ETF | A | Dividend | M | T | Buy | 01/08/14 | M | | |
| 67. | | | | | Sold (part) | 04/11/14 | J | | |
| 68. | | | | | Buy (add'l) | 07/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/15/14 | J | | |
| 70. iShares Russell 2000 Value ETF | B | Dividend | M | T | Buy | 01/08/14 | L | | |
| 71. | | | | | Buy (add'l) | 04/11/14 | K | | |
| 72. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 73. | | | | | Buy (add'l) | 08/15/14 | K | | |
| 74. iShares Russell Midcap G ETF | B | Dividend | M | T | Buy | 01/08/14 | L | | |
| 75. | | | | | Sold (part) | 04/11/14 | K | | |
| 76. | | | | | Buy (add'l) | 07/17/14 | K | | |
| 77. | | | | | Buy (add'l) | 08/15/14 | K | | |
| 78. iShares Russell Midcap V ETF | B | Dividend | M | T | Buy | 01/08/14 | L | | |
| 79. | | | | | Buy (add'l) | 04/11/14 | K | | |
| 80. | | | | | Buy (add'l) | 07/17/14 | K | | |
| 81. | | | | | Sold (part) | 08/15/14 | K | B | |
| 82. Vanguard FTSE Developmed Markets ETF | E | Dividend | N | T | Buy | 01/08/14 | N | | |
| 83. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 84. | | | | | Buy (add'l) | 07/17/14 | M | | |
| 85. | | | | | Sold (part) | 08/15/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard FTSE Emerging Markets ETF | C | Dividend | M | T | Buy | 01/08/14 | M | | |
| 87. | | | | | Sold (part) | 04/11/14 | J | | |
| 88. | | | | | Buy (add'l) | 07/17/14 | K | | |
| 89. | | | | | Sold (part) | 08/15/14 | K | C | |
| 90. S&P Index Fund | C | Dividend | | | Sold | 12/31/14 | M | A | |
| 91. | | | | | Buy | 01/06/14 | O | | |
| 92. | | | | | Sold | 02/03/14 | O | | |
| 93. | | | | | Buy | 03/04/14 | O | | |
| 94. | | | | | Sold (part) | 05/01/14 | K | A | |
| 95. | | | | | Sold (part) | 05/20/14 | M | A | |
| 96. | | | | | Sold | 07/01/14 | N | D | |
| 97. | | | | | Buy | 07/16/14 | M | | |
| 98. | | | | | Buy (add'l) | 08/01/14 | M | | |
| 99. | | | | | Sold (part) | 08/18/14 | M | | |
| 100. | | | | | Sold | 09/02/14 | M | B | |
| 101. | | | | | Buy | 09/16/14 | M | | |
| 102. | | | | | Buy (add'l) | 10/01/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/16/14 | M | | |
| 104. | | | | | Sold (part) | 11/03/14 | J | | |
| 105. | | | | | Buy (add'l) | 11/18/14 | M | | |
| 106. | | | | | Sold (part) | 12/16/14 | M | | |
| 107. iShares Russell 2000 ETF | C | Dividend | | | Sold | 12/31/14 | M | D | |
| 108. | | | | | Buy | 03/04/14 | O | | |
| 109. | | | | | Sold (part) | 05/01/14 | N | | |
| 110. | | | | | Sold | 05/20/14 | N | | |
| 111. | | | | | Buy | 06/17/14 | N | | |
| 112. | | | | | Buy (add'l) | 07/01/14 | N | | |
| 113. | | | | | Sold (part) | 07/11/14 | M | | |
| 114. | | | | | Sold (part) | 07/16/14 | M | | |
| 115. | | | | | Sold | 08/01/14 | M | | |
| 116. | | | | | Buy | 09/02/14 | M | | |
| 117. | | | | | Sold | 10/01/14 | M | | |
| 118. | | | | | Buy | 12/16/14 | M | | |
| 119. iShares Russell S&P Midcap 400 Index | C | Dividend | | | Sold | 12/31/14 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 1/6/14 | O | | |
| 121. | | | | | Sold | 02/03/14 | O | | |
| 122. | | | | | Buy | 06/17/14 | N | | |
| 123. | | | | | Buy (add'l) | 07/01/14 | N | | |
| 124. | | | | | Sold (part) | 07/11/14 | N | | |
| 125. | | | | | Sold (part) | 07/16/14 | M | | |
| 126. | | | | | Sold | 08/01/14 | M | | |
| 127. | | | | | Buy | 09/02/14 | M | | |
| 128. | | | | | Buy (add'l) | 09/16/14 | M | | |
| 129. | | | | | Sold (part) | 10/01/14 | M | | |
| 130. | | | | | Sold | 10/16/14 | M | | |
| 131. | | | | | Buy | 11/3/14 | M | | |
| 132. | | | | | Buy (add'l) | 11/18/14 | M | | |
| 133. | | | | | Sold (part) | 12/16/14 | M | | |
| 134. iSHares 7-10 Yr Treasury Bd ETF | C | Dividend | | | Sold | 12/31/14 | M | | |
| 135. | | | | | Buy | 05/01/14 | N | | |
| 136. | | | | | Buy (add'l) | 05/20/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/17/14 | O | | |
| 138. | | | | | Sold | 07/01/14 | N | | |
| 139. | | | | | Buy | 07/16/14 | M | | |
| 140. | | | | | Buy (add'l) | 08/18/14 | M | | |
| 141. | | | | | Sold | 09/16/14 | N | | |
| 142. | | | | | Buy | 12/16/14 | M | | |
| 143. Proshares Ultra Russell 2000 | A | Dividend | | | Sold | 12/31/14 | K | C | |
| 144. | | | | | Buy | 03/04/14 | M | | |
| 145. | | | | | Sold (part) | 05/01/14 | M | | |
| 146. | | | | | Sold | 05/20/14 | M | | |
| 147. | | | | | Buy | 06/17/14 | M | | |
| 148. | | | | | Buy (add'l) | 07/01/14 | M | | |
| 149. | | | | | Sold (part) | 07/11/14 | L | | |
| 150. | | | | | Sold (part) | 07/16/14 | L | | |
| 151. | | | | | Sold | 08/01/14 | L | | |
| 152. | | | | | Buy | 09/02/14 | L | | |
| 153. | | | | | Sold | 10/01/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 12/16/14 | K | | |
| 155. Proshares Ultra Midcap 400 | A | Dividend | | | Sold | 12/31/14 | K | A | |
| 156. | | | | | Buy | 01/06/14 | N | | |
| 157. | | | | | Sold | 2/3/14 | N | | |
| 158. | | | | | Buy | 06/17/14 | M | | |
| 159. | | | | | Buy (add'l) | 07/01/14 | M | | |
| 160. | | | | | Sold (part) | 07/11/14 | M | | |
| 161. | | | | | Sold (part) | 07/17/14 | L | | |
| 162. | | | | | Sold | 08/01/14 | L | | |
| 163. | | | | | Buy | 09/02/14 | L | | |
| 164. | | | | | Buy (add'l) | 09/16/14 | K | | |
| 165. | | | | | Sold (part) | 10/01/14 | L | | |
| 166. | | | | | Sold | 10/16/14 | K | | |
| 167. | | | | | Buy | 11/3/14 | K | | |
| 168. | | | | | Buy (add'l) | 11/18/14 | K | | |
| 169. | | | | | Sold (part) | 12/16/14 | K | | |
| 170. Proshares Ultra S&P 500 | A | Dividend | | | Sold | 12/31/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 01/06/14 | N | | |
| 172. | | | | | Sold | 02/03/14 | N | | |
| 173. | | | | | Buy | 03/04/14 | N | | |
| 174. | | | | | Sold (part) | 05/01/14 | J | | |
| 175. | | | | | Sold (part) | 05/20/14 | M | | |
| 176. | | | | | Sold | 07/01/14 | M | | |
| 177. | | | | | Buy | 07/16/14 | L | | |
| 178. | | | | | Buy (add'l) | 08/01/14 | L | | |
| 179. | | | | | Sold (part) | 08/18/14 | L | | |
| 180. | | | | | Sold | 09/02/14 | L | | |
| 181. | | | | | Buy | 09/16/14 | K | | |
| 182. | | | | | Buy (add'l) | 10/01/14 | K | | |
| 183. | | | | | Sold (part) | 10/16/14 | K | | |
| 184. | | | | | Buy (add'l) | 11/18/14 | K | | |
| 185. | | | | | Sold (part) | 12/16/14 | K | | |
| 186. Proshares Ultra 7-10 Year Tr | A | Dividend | | | Sold | 12/31/14 | K | | |
| 187. | | | | | Buy | 2/3/14 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 3/4/14 | O | | |
| 189. | | | | | Buy | 05/01/14 | M | | |
| 190. | | | | | Buy (add'l) | 05/20/14 | N | | |
| 191. | | | | | Sold (part) | 06/17/14 | M | | |
| 192. | | | | | Sold | 07/01/14 | M | | |
| 193. | | | | | Buy | 07/16/14 | L | | |
| 194. | | | | | Buy (add'l) | 08/18/14 | L | | |
| 195. | | | | | Sold | 09/16/14 | M | | |
| 196. | | | | | Buy | 10/01/14 | K | | |
| 197. | | | | | Buy (add'l) | 10/16/14 | L | | |
| 198. | | | | | Sold (part) | 11/03/14 | K | | |
| 199. | | | | | Sold | 11/18/14 | L | | |
| 200. | | | | | Buy | 12/16/14 | K | | |
| 201. iShares Barclay 1-3 Year Treausry Bond | A | Dividend | | | Sold | 11/18/14 | N | | |
| 202. | | | | | Buy | 02/03/14 | O | | |
| 203. | | | | | Sold | 03/04/14 | O | | |
| 204. | | | | | Buy | 08/01/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 09/02/14 | M | | |
| 206. | | | | | Buy | 10/01/14 | M | | |
| 207. | | | | | Buy (add'l) | 10/16/14 | N | | |
| 208. | | | | | Sold (part) | 11/03/14 | M | | |
| 209. iShares 3-7 Year Treasury Bd ETF | A | Dividend | | | Sold | 09/02/14 | L | A | |
| 210. | | | | | Buy | 02/03/14 | O | | |
| 211. | | | | | Sold | 03/04/14 | O | | |
| 212. | | | | | Buy | 08/01/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2, Family Trust #1, covers Lines 3 through 316. .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas F. McCormick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544